STATE OF CONNECTICUT *v.* DONALD E. HUNT

The Supreme Court of the United States having, by its decision of June 10, 1968, vacated the judgment of this court dated February 21, 1967, and remanded the case to this court with direction for further consideration in the light of *Bruton* v. *United States,* 391 U.S. 123, 88 S. Ct. 1620, 20 L. Ed. 2d 476, and *Roberts* v. *Russell,* 392 U.S. 293, 88 S. Ct. 1921, 20 L. Ed. 2d 1100, it is ordered that counsel appear before this court on Tuesday, July 2, 1968, at 10 a.m. to be heard upon the terms and date for a reargument, if counsel desire a reargument, before further consideration of the appeal in this court.

Decided June 25, 1968

WEST HAVEN HOUSING AUTHORITY *v.* RECTOR SIMMONS, JR., ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Francis X. Dineen,* in support of the petition.

*Dennis J. Donahue, Jr.,* in opposition.

Submitted March 29—decided June 25, 1968

GERTRUDE DOTOLO *v.* ARTHUR J. PETRUCELLI, SR.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*James M. S. Ullman,* in support of the petition.

*David Brown,* in opposition.